JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAUNTE LAMONT JOHNSON, SR., | Case No. ED CV 17-02076 CJC (RAO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| JOE A. LIZARRAGA, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied, and this action is dismissed with prejudice.

DATED: January 9, 2019

_____

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE